

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ronald Gilberto Ramirez Grijalva

**Plaintiff,**

V.

See Attachment

**Defendant.**

**Civil Action No.**   26-cv-2916-LL-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is GRANTED. This case is hereby closed.

**Date:**         6/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  26-cv-2916-LL-AHG

Respondents:

Jeremy Casey,
Facility Administrator at the Imperial Regional Detention Facility;

Gregory J. Archambeault,
Director of the U.S. Immigration and Customs Enforcement San Diego Field Office;

Todd Lyons,
acting Director of U.S. Immigration and Customs Enforcement;

Markwayne Mullins,
Secretary of the U.S. Department of Homeland Security;

Todd Blanche,
U.S. Attorney General